

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

## No. 02-21-00364-CV

| | | |
|---|---|---|
| TEXAS HEALTH HUGULEY, INC., D/B/A TEXAS HEALTH HUGULEY HOSPITAL FORT WORTH SOUTH, DR. JASON SEIDEN, JOHN DOES #1-5, AND JANE ROES #1-5, Appellants | § § § | On Appeal from the 342nd District Court of Tarrant County (342-329996-21) |
| | § | November 18, 2021 |
| V. | | |
| ERIN JONES, INDIVIDUALLY AND AS LEGAL REPRESENTATIVE AND NEXT FRIEND OF JASON JONES, Appellee | § | Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order. It is ordered that the order of the trial court is reversed and vacated.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
　　Chief Justice Bonnie Sudderth